**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

September 24, 2015

Hon. Justin Michael Welch
Blazier, Christensen, Bigelow, & Virr, P.C.
221 W. 6th St., Ste. 2000
Austin, TX 78701-3433
* DELIVERED VIA E-MAIL *

Hon. Dean A. Schaffer
Attorney at Law
1411 West Avenue, Suite 100
Austin, TX 78701
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-13-00615-CV
Tr.Ct.No. D-1-GN-13-001387
Style:    Sandeep Nanda v. Corey Huinker


Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:    419th District Court
      Hon. Amalia Rodriguez-Mendoza, Travis County District Clerk (DELIVERED VIA E-MAIL)
      Hon. Billy Ray Stubblefield, Third Administrative Judicial Region (DELIVERED VIA E-MAIL)